## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Krista Cabiltes | ) | Case No. 24-cv-00760 |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| L'Oreal USA, Inc. | ) | |
| | ) | |
|       Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Krista Cabiltes, by and through Counsel, and notifies the

Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed.

R. Civ. P. 41(a)(1)(A).

Dated: June 25, 2024

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*

Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2024 a true and complete copy of the

forgoing was served upon all necessary parties through the Court's Electronic Filing

system.

/s/ *Michael L. Fradin*